UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| In re: | : | |
| | : | |
| HARDING, DONALD LEE | : | Case No. 10-11847-RGM |
| HARDING, MARGARET THERESA | : | Chapter 7 |
| | : | |
| Debtors. | : | |

REPORT OF DEPOSIT OF SMALL DIVIDENDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $4.57 representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.

| Creditor's Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Roundup Funding LLC<br>MS 550<br>P OB ox 91121<br>Seattle, WA  98111-9221 | 14 | $4.57 |

Dated: 11/17/2011            /s/ RICHARD A. BARTL
                                        RICHARD A. BARTL, Chapter 7 Trustee
                                        TYLER, BARTL, RAMSDELL & COUNTS, PLC
                                        300 N. Washington Street, Suite 202
                                        Alexandria, Virginia 22314
                                        (703) 549-7177